Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Western District of New York

Caption:

United States

v.

Donald Hennings

Docket No.: 18-CR-28

Hon. Richard J. Arcara, USDJ
(District Court Judge)

Notice is hereby given that Donald Hennings appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____
(specify)

entered in this action on May 21, 2019
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |✓| trial | | N/A | .

Offense occurred after November 1, 1987? Yes |✓| No | N/A |

Date of sentence: May 10, 2019    N/A |___|

Bail/Jail Disposition: Committed |✓| Not committed | | N/A |

Appellant is represented by counsel? Yes ✓ | No | | If yes, provide the following information:

Defendant's Counsel: Frank R. Passafiume, Assistant Federal Public Defender (WDNY)

Counsel's Address: 300 Pearl Street, Suite 200

Buffalo, New York 14202

Counsel's Phone: 716-551-3341

Assistant U.S. Attorney: Laura A. Higgins, Assistant U.S. Attorney (WDNY)

AUSA's Address: Federal Centre, 138 Delaware Avenue

Buffalo, New York 14202

AUSA's Phone: 716-843-5862

Signature