**MANDATE**

W.D.N.Y.
18-cr-28
Arcara, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 23rd day of April, two thousand twenty-one.

Present:

> John M. Walker, Jr.,
> Pierre N. Leval,
> Denny Chin,
> > *Circuit Judges*.

United States of America,

> *Appellee*,

v. 19-1511

Donald Hennings,

> *Defendant-Appellant*.

Lucas Anderson, counsel for Appellant, moves for permission to withdraw as counsel pursuant to *Anders v. California*, 386 U.S. 738 (1967), and the Government moves to dismiss the appeal as barred by the appeal waiver in Appellant's plea agreement or for summary affirmance of the conviction and sentence. Upon due consideration, it is hereby ORDERED that the *Anders* motion is GRANTED, the motion to dismiss is GRANTED, and the motion for summary affirmance is GRANTED.

> FOR THE COURT:
> Catherine O'Hagan Wolfe, Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/28/2021