PROB 12B
(12/98)

# United States District Court

For

## The Western District of New York



### Request for Modifying the Conditions or Term of Supervision With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Donald Hennings          **Case Number:** 1:18CR00028-001

**Name of Sentencing Judicial Officer:** Honorable Richard J. Arcara, Senior U.S. District Judge

**Date of Original Sentence:** May 10, 2019

**Original Offense:** Possession with Intent to Distribute, Butyryl Fentanyl and Furanyl Fentanyl, in violation of 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(C)

**Original Sentence:** Thirty-three (33) months custody of the Bureau of Prisons, followed by three (3) years supervised release. Special Conditions include: substance abuse testing/treatment; mental health evaluation/treatment; notify of any opiate-based pain medication prescribed by a doctor before the prescription is filled by a pharmacist; and search/seizure. Special assessment of $100.00 (paid in full).

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** February 3, 2021

## PETITIONING THE COURT

☒    To modify the conditions of supervision as follows:

**The defendant shall comply with the conditions of the Location Monitoring Program (curfew component) for a period of two (2) months. This curfew shall be from 9 p.m. to 6 a.m., or as adjusted by the U.S. Probation Office to be less restrictive for employment, counseling, emergencies, or other acceptable reasons. This will be monitored by a Global Positioning Satellite System and the defendant shall wear (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61.**

### CAUSE

On June 5, 2021, the subject was pulled over at approximately 3:30am by Buffalo Police Officers as he was driving a vehicle with no front license plate. The subject failed to notify U.S. Probation of this law enforcement contact. The subject was also operating a vehicle that he did not report to probation.

As a result of the subject's non-compliance, it is respectfully recommended that his conditions of supervised release be modified to include Location Monitoring (curfew) for a period of two (2) months which will be monitored by a Global Positioning Satellite System. Mr. Hennings was informed that any further noncompliance may result in a violation being filed with the Court. The subject has readily agreed to this modification as indicated by his signature on the attached waiver.

RE: DONALD HENNINGS
1:18CR00028-001
Page 2 of 2

Reviewed by:

_____
Jeffrey A. Mileham
Supervising U.S. Probation Officer

Respectfully submitted,

by _____
Janelle L. Dzina
U.S. Probation Officer Specialist
Date: June 24, 2021

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

_____
Signature of Judicial Officer

June 29, 2021
Date

PROB 49
(Revised 11/98)

# United States District Court
## Western District of New York

## Waiver of Hearing to Modify Conditions
## Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**The defendant shall comply with the conditions of the Location Monitoring Program (curfew component) for a period of two (2) months. This curfew shall be from 9 p.m. to 6 a.m., or as adjusted by the U.S. Probation Office to be less restrictive for employment, counseling, emergencies, or other acceptable reasons. This will be monitored by a Global Positioning Satellite System and the defendant shall wear (an) electronic monitoring device(s) and shall follow the monitoring procedures as outlined in Probation Form 61.**

Witness: _____
U.S. Probation Officer Specialist
Janelle L. Dzina

Signed: _____
Supervised Releasee
Donald Hennings

6/15/21
Date